UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
CITY OF STERLING HEIGHTS FIRE          :
RETIREMENT SYSTEM, Individually and    :
on Behalf of All Others Similarly      :      13 Civ. 5158(JSR)
Situated                               :
                                       :      ORDER
            Plaintiff,                 :
                                       :
            -v-                        :
KOHL'S CORPORATION, KEVIN MANSELL,     :
and WESLEY S. MCDONALD                 :
                                       :
            Defendants.                :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.



        The Court has scheduled a hearing to decide among applicants

to be lead plaintiff in this matter, which will take place at 4 P.M.

on Friday, October 4, 2013 in Courtroom 14-B of the Daniel Patrick

Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY. In

accordance with the Private Securities Litigation Reform Act, 15

U.S.C. § 78u-4(a)(3), any such application must be filed with the

Court by September 23, 2013 at 5 P.M.

        SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 4, 2013